# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TAVON M. MAYS,**

    **Plaintiff,**

                              Case No. 2:21-cv-2602
v.                             JUDGE EDMUND A. SARGUS, JR.
                              Magistrate Judge Kimberly A. Jolson

**SHERIFF DALLAS BALDWIN,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 14, 2021. (ECF No. 6.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (*Id*.) For the reasons set forth in the Report and Recommendation, the Plaintiff's Complaint, (ECF No. 5), is **DISMISSED** for failure to prosecute under Fed. R. Civ. P. Rule 41.

The Clerk is directed to close this case on the Court's docket.

    **IT IS SO ORDERED.**

**10/22/2021**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**